IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| DIANE GEORGE, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:13-cv-02562 |
| | ) |
| v. | ) |
| | ) |
| TALBOTS, INC., | ) |
| | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Diane George and Defendant The Talbots, Inc., by and through their respective attorneys, hereby stipulate to the dismissal of this litigation, with prejudice, with each side to bear its own costs and fees.

**DATED:  February 4, 2014**          Respectfully submitted,

| DIANE GEORGE | THE TALBOTS, INC. |
|---|---|
| By  s/ Dan M. Norwood | By  s/ Reema Kapur* |
| One of Her Attorneys | One of Its Attorneys |
| Dan M. Norwood | Gerald L. Maatman, Jr. |
| Norwood & Atchley | Reema Kapuer |
| 266 South Front Street | Ashley Kircher Laken |
| Suite 206 | SEYFARTH SHAW LLP |
| Memphis, TN 38103 | 131 S. Dearborn Street, Suite 2400 |
| | Chicago, IL 60603 |
| | |
| | Gail Vaughn Ashworth |
| | Wiseman Ashworth Law Group PLC |

1
16777319v.1

511 Union Street, Suite 800
Nashville, TN 37219

*signed with permission

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 4, 2014, he caused a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

>Gerald L. Maatman, Jr.
>Reema Kapur
>Ashley Kircher Laken
>SEYFARTH SHAW LLP
>131 South Dearborn Street, Suite 2400
>Chicago, Illinois 60603
>
>Gail Vaughn Ashworth
>Wiseman Ashworth Law Group PLC
>511 Union Street, Suite 800
>Nashville, TN 37219

s/ Dan M. Norwood