```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

|  |  |
|---|---|
| DIANE GEORGE, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:13-cv-02562-JPM-cgc |
| TALBOTS, INC., | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Notice of Removal by Defendant (ECF No. 1), filed July 25, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 17) filed February 4, 2014, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE

February 6, 2014
Date